IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace, *et al.*

| | |
|---|---|
| Mission Towers,<br><br>        Appellant,<br><br>v.<br><br>W.R. Grace, *et al.*,<br><br>        Appellees. | Civil Action No. 07-287<br><br>Bankruptcy Case No. 01-01139 (JKF)<br>AP 07-16 |

**ORDER CONSOLIDATING 44 RELATED
APPEALS AND SETTING BRIEFING SCHEDULE**

Upon the request of the parties to the above-referenced appeal, and it appearing that it is in interests of judicial economy for this appeal to be procedurally consolidated with the 43 other appeals to this Court referenced on Exhibit "A" to this Order, it is therefore ORDERED AND DECREED:

1.    Each of the appeal proceedings referenced on Exhibit "A" hereto (the "Appeals") are hereby consolidated into Civil Action No. 07-287. From and after the date of this Order, all filings in any of the Appeals shall be filed only in Civil Action No. 07-287.

2.    Appellants in the Appeals shall file and serve their opening brief on or before July 16, 2007.

3.    Appellees in the Appeals shall file and serve their responsive brief on or before August 20, 2007.

    4.    Appellants shall file and serve their reply brief, if any, on or before August 31, 2007.

SO ORDERED THIS _____ DAY OF _____, 2007.

                                                Hon. Ronald L. Buckwalter
United States District Court Judge

CONSENTED TO BY:

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728

- and -

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Appellants*

Laura Davis Jones, Esquire (No. 2436)
James E. O'Neill, Esquire (No. 4042)
Timothy P. Cairns, Esquire (No. 4228)
PACHULSKI STANG ZIEHL YOUNG JONES &
    WEINTRAUB
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302)652-4100

- and -

David M. Bernick, Esquire
Janet S. Baer, Esquire
Lisa Esayian, Esquire
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone:    (312) 861-2000

*Counsel for Appellees*

# EXHIBIT A

| District Court Civil Action No. | CLAIMANT NAME | Claim No. | Bankruptcy Court Appeal No. |
|---|---|---|---|
| 07-287 (RLB) | Mission Towers a/k/a Foxridge Towers Office Building f/k/a Foxridge Office Building | 10516 | 07-16 |
| 07-288 (RLB) | Bethesda Rehabilitation Hospital, MN | 10523 | 07-17 |
| 07-289 (RLB) | First Tennessee Bank f/k/a National Bank Building | 10533 | 07-18 |
| 07-290 (RLB) | First Tennessee Bank f/k/a Hamilton National Bank | 10534 | 07-19 |
| 07-291 (RLB) | Washington Township Health Care District f/k/a Washington Hospital, CA | 10668 | 07-20 |
| 07-292 (RLB) | New Hanover Regional Medical Center f/k/a New Hanover Memorial Hospital | 10672 | 07-21 |
| 07-293 (RLB) | First Health Montgomery Memorial Hospital f/k/a Montgomery Memorial Hospital, NC | 10673 | 07-22 |
| 07-294 (RLB) | Pierre Laclede Center Nos. 1 & 2 f/k/a Pierce Laclede Building(s), MO | 10696 | 07-23 |
| 07-295 (RLB) | St. Joseph's Hill Infirmary Nursing Home (2 Buildings), MO | 10700 | 07-24 |
| 07-296 (RLB) | IBM Metro Employees FCU f/k/a Manufacturers Hanover Trust | 10722 | 07-25 |
| 07-297 (RLB) | Palos Community Hospital f/k/a Palos Hospital, IL | 11066 | 07-26 |
| 07-298 (RLB) | St. Mary's Medical Center f/k/a St. Mary's Hospital | 10746 | 07-27 |
| 07-299 (RLB) | Friendly Home Nursing Care & Rehabilitation f/k/a Deaf-Hard of Hearing & Speech Impaired | 10747 | 07-28 |
| 07-300 (RLB) | 99 Founders Plaza, CT | 10762 | 07-29 |
| 07-301 (RLB) | Oneida County Office Building c/o Oneida County Dept. of Law, NY | 10767 | 07-30 |
| 07-302 (RLB) | Manor Oak Two (2nd Building), 1910 Cochran Road, Pittsburgh, PA | 10789 | 07-31 |
| 07-303 (RLB) | Cayuga County Office Building f/k/a Cayuga Company Office Building, NY | 10947 | 07-32 |
| 07-304 (RLB) | St. Luke's Hospital | 10998 | 07-33 |
| 07-305 (RLB) | Schuyler Hospital, NY | 11003 | 07-34 |
| 07-306 (RLB) | Santa Teresa Medical Office Building, CA | 11018 | 07-35 |
| 07-307 (RLB) | Nebraska Skilled Nursing and Rehabilitation f/k/a Medicenters of America, NE | 11046 | 07-36 |
| 07-308 (RLB) | Virtua Health – West Jersey Hospital Voorhees f/k/a West Jersey Hospital, NJ | 11226 | 07-37 |
| 07-309 (RLB) | Titusville Area Hospital f/k/a Titusville/Farrell Hospital, PA | 11106 & 11144 | 07-38 |
| 07-310 (RLB) | Hotel Captain Cook – Tower #2, AK | 11110 | 07-39 |
| 07-311 (RLB) | Gundersen Lutheran Medical Center f/k/a Lacrosse Lutheran Hospital Addition, WI | 11124 | 07-40 |
| 07-312 (RLB) | Baptist Health Medical Center – Little Rock f/k/a Arkansas Baptist Medical Center, AK | 11128 | 07-41 |
| 07-313 (RLB) | Abbeville General Hospital f/k/a Abbeville Hospital, LA | 11133 | 07-42 |

| District Court Case No. | CLAIMANT NAME/CLAIM # | Claim No. | Bankruptcy Appeal No. |
|---|---|---|---|
| 07-314 (RLB) | St. Anthony's Regional Hospital & Nursing Home f/k/a St. Anthony's Hospital in Carroll, IA | 11151 | 07-43 |
| 07-315 (RLB) | Fulton County Health Center | 11158 | 07-44 |
| 07-316 (RLB) | Ohio Savings Plaza f/k/a Penton/Park Plaza Investment Tower Job, OH | 11179 | 07-45 |
| 07-317 (RLB) | YWCA of Greater Des Moines f/k/a YMCA Building, IA | 11153 | 07-46 |
| 07-318 (RLB) | Scottish Rite Cathedral, PA | 11200 | 07-47 |
| 07-319 (RLB) | First Tennessee Bank, Court-Thomas Computer Center (Bldg.2) f/k/a National Bank Building | 11722 | 07-48 |
| 07-320 (RLB) | Panda Prints f/k/a Lehigh Tile/Marble Warehouse, PA | 11257 | 07-49 |
| 07-321 (RLB) | McKenzie Willamette Medical Center f/k/a McKenzie Hospital, OR | 11262 | 07-50 |
| 07-322 (RLB) | Keller Building f/k/a Albert Keller Memorial Hospital, MO | 11384 | 07-51 |
| 07-323 (RLB) | Virtua West Jersey Hospital Marlton f/k/a Garden State Hospital, NJ | 11389 | 07-52 |
| 07-324 (RLB) | Homeplace of Mondovi Hospital f/k/a Buffalo Memorial Hospital | 11422 | 07-53 |
| 07-325 (RLB) | Dodge County Hospital, GA | 11550 | 07-54 |
| 07-326 (RLB) | Carson Pirie Scott Store #537 c/o Lakehurst Mall, IL | 11555 | 07-55 |
| 07-327 (RLB) | Harry C. Levy Gardens – Housing Authority of the City of Las Vegas, NV | 11572 | 07-56 |
| 07-328 (RLB) | Jordan Hospital, Inc., MA | 11689 | 07-57 |
| 07-329 (RLB) | University of New England –Westbrook College Campus (Bldgs. 1-5) f/k/a Webber Hospital, ME | 11701 | 07-58 |
| 07-330 (RLB) | 1199 SEIU f/k/a 310 West 43rd Street Building, NY | 11703 | 07-59 |